UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:07-00257 |
| | ) | JUDGE KEVIN H. SHARP |
| BRANDON D. WELLS | ) | |

### **O R D E R**

By Order entered March 4, 2014, (Docket No. 80), the Defendant was ordered to appear before this Court to show cause why his supervised release should not be revoked. Defendant did not appear.

Accordingly. A WARRANT SHALL ISSUE for the arrest of the Defendant for his failure to appear before the Court as ordered. Further, after Defendant's arrest, he shall remain in custody pending a show cause hearing on the alleged violations of supervised release and for his failure to comply with the Order of the Court.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE