UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:07-00257 |
| | ) | Judge Sharp |
| BRANDON D. WELLS | ) | |

### ORDER

Pending before the Court is Defendant's "Emergency Motion Requesting One-Day Release to Allow Mr. Wells to Attend Mother's Funeral." (Docket No. 88). That Motion is GRANTED.

It is hereby ORDERED that Defendant Brandon D. Wells to be released from custody in Nashville by 8:30 a.m. on Tuesday, June 10, 2014, so that he may attend his mother's funeral. It is FURTHER ORDERED that Defendant surrender himself back to the custody of the United States Marshals Service by 4:30 p.m. that same day.

Defendant is warned that failing to surrender as ordered will have significant consequences and may result in the filing of additional charges.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE