# United States District Court

__MIDDLE__ District of __TENNESSEE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>BRANDON D. WELLS | **JUDGMENT IN A CRIMINAL CASE**<br>(*REVOCATION OF SUPERVISED RELEASE*)<br><br>Case Number: 3:07-00257<br><br>USM Number: 18645-075<br><br>Caryll S. Alpert<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ pleaded guilty to _violating the following conditions of supervised release:_

**The defendant is adjudicated guilty of these violations:**

1. The Defendant shall participate in a program of drug-testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90-days in a residential reentry center at the direction of the probation officer. (The Defendant failed to follow through with his Elam Center enrollment)
2. The Defendant shall notify the probation officer at least 10 days prior to any change in residence or employment (On the January 11, 2014, and January 16, 2014 home contact visits, it was reported it was not his residence)
3. The Defendant shall refrain from any unlawful use of a controlled substance. (On March 20, 2014, and April 16, 2014, the Defendant tested positive for illegal drugs.)
4. The Defendant shall participate in a mental health program as directed by the probation officer. (The Defendant failed to participate in a psychiatric evaluation at Centerstone Mental Health facility, on April 16, 2014.)

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in economic circumstances.

June 16, 2014
Date of Imposition of Judgment

_/s/ Kevin H. Sharp_
Signature of Judge

Kevin H. Sharp, U.S. District Judge
Name and Title of Judge

June 16, 2014
Date

DEFENDANT: BRANDON D. WELLS
CASE NUMBER: 3:07-00257

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of nine months. No supervised release shall follow imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL